UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:13-CV-00361 |
| v. ) | JUDGE HAYNES |
| ) | |
| 2003 NISSAN MURANO, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STRIKE

COMES NOW the United States of America, by and through United States Attorney for the Middle District of Tennessee David Rivera, and Assistant United States Attorney Debra Teufel Phillips, and moves pursuant to Rules G(5)(a) and G(8)(c)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, to strike any interest, Claim or Answer of Yakendra Barr, Juanita Bell, and Jack Bell from this lawsuit on the grounds that Yakendra Barr, Juanita Bell, and Jack Bell because they each failed to file a verified claim as required by Rules G(5) and G(8)(c)(i)(A) and because they therefore lack statutory standing pursuant to Rules G(5) and G(8)(c)(i)(B).

A Memorandum of Law and Facts is submitted in support of this motion.

[Handwritten annotation: Granted. Upon review of the record, the motion is unopposed and is granted as to the claims of Yakendra Barr, Juanita Bell and Jack Bell. 1-10-14]

1